UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA,    )
                              )
    Plaintiff,            )
                              )
v.                            )
                              )
JOHN CARICO,                  )
                              )
    Defendant.            )

No. 6:22-CR-62-REW-HAI

ORDER

\*\*\* \*\*\* \*\*\* \*\*\*

After conducting Rule 11 proceedings, *see* DE 60 (Minute Entry), Judge Ingram recommended that the undersigned accept Defendant John Carico's guilty plea and adjudge him guilty of Count One of the Indictment (DE 1). *See* DE 61 (Recommendation); *see also* DE 59 (Plea Agreement). Judge Ingram expressly informed Defendant of his right to object to the recommendation and to secure de novo review from the undersigned. *See* DE 61 at 3. The established three-day objection deadline has passed, and no party has objected.

The Court is not required to "review . . . a magistrate[ judge]'s factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985); *see also Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996)) (alterations adopted) (noting that the Sixth Circuit has "long held that, when a defendant does 'not raise an argument in his objections to the magistrate judge's report and recommendation he has forfeited his right to raise this issue on appeal.'"); *United States v. Olano*, 113 S. Ct. 1770, 1777 (1993) (distinguishing waiver and forfeiture); FED. R. CRIM. P. 59(b)(2)-(3) (limiting de novo review duty to "any objection" filed); 28 U.S.C. § 636(b)(1) (limiting de novo review duty to "those portions" of the recommendation "to which objection is made").

1

The Court thus, with no objection from any party and on full review of the record, **ORDERS** as follows:

1.  The Court **ADOPTS** DE 61, **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of Count One of the Indictment (DE 1); and

2.  The Court will issue a separate sentencing order. [1]

This the 27th day of June, 2023.

Signed By:

_Robert E. Wier_

**United States District Judge**

---

[1] Judge Ingram remanded Carico to custody post-plea, which preserved his status following arraignment. *See* DE 19; DE 60. As such, Carico will remain in custody pending sentencing, subject to intervening orders.